# United States Court of Appeals
## For the First Circuit

No. 21-1863

UNITED STATES OF AMERICA,

Appellee,

v.

ROBERTO M. MELENDEZ-HIRALDO, A/K/A COCODRILO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on September 21, 2023, is amended as follows:

On page 2, footnote 1, replace "the-change-of-plea" with "the change-of-plea"

On page 14, footnote 7, replace "lessor" with "lesser"